RECEIVED
OCT 23 2024
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:24-cr-067 |
| v. | INDICTMENT |
| DAVID MICHAEL MORSE, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 2252A(a)(2) |
| | T. 18 U.S.C. § 2252A(b)(1) |
| | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C § 2253 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receipt of Child Pornography)

From in or about January 2022 and continuing to in about August 2023, in the Southern District of Iowa, the defendant, DAVID MICHAEL MORSE, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, digital files of child pornography on a black Samsung Galaxy SNA025V cell phone, with serial number R9HR40EXB7J—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Distribution of Child Pornography)**

From at least during or about May 15, 2022 and continuing to during or about May 29, 2022, in the Southern District of Iowa, the defendant, DAVID MICHAEL MORSE, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A)—namely, digital files of child pornography by Telegram, an Internet cloud based application—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

2

**THE GRAND FURTHER JURY CHARGES:**

<u>**COUNT 3**</u>
**(Possession of Child Pornography)**

On or about August 24, 2023, in the Southern District of Iowa, the defendant, DAVID MICHAEL MORSE, knowingly possessed material—namely, a black Samsung Galaxy SNA025V cell phone, with serial number R9HR40EXB7J —that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Felon in Possession of Firearms)**

On or about August 24, 2023, in the Southern District of Iowa, the defendant, DAVID MICHAEL MORSE, in and affecting commerce, knowingly possessed a firearm, namely one or more of the following:

1. a loaded Smith & Wesson, SD9VE, 9 mm pistol, with serial number FDR9075;

2. a Harrington & Richardson Topper, Model 158, .410 shotgun, with serial number AG215825; and

3. a Braztech L.C. Rossi, S.A., .22 caliber long rifle, with serial number SP2900994.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

If, defendant, DAVID MICHAEL MORSE, is convicted of Counts 1, 2, and/or 3, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including but not limited to a black Samsung Galaxy SNA025V cell phone, with serial number R9HR40EXB7J.

This is pursuant to Title 18, United States Code, Section 2253.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 4 of this Indictment, the defendant, DAVID MICHAEL MORSE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Count 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney